**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Susan M. Freeman** (State Bar No. 004199)
Direct Dial: 602.262.5756
Direct Fax: 602.734.3824
Email: SFreeman@lewisroca.com

**Nicholas S. Bauman** (State Bar No. 032263)
Direct Dial: 602.262.5746
Direct Fax: 602.262.5747
Email: NBauman@lewisroca.com

*Attorneys for Creditors Thomas Santoni, Bruce Kramer, Jonathan Wolf. Apperson Crump PLC, and Jonathan M. Wolf, PLLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Sarah Elizabeth Mueller,<br><br>          Debtor. | Chapter 7<br><br>Case No. 2:24-bk-01410-DPC |
| Thomas Santoni, an individual; Bruce Kramer, an individual; Jonathan Wolf, an individual; Apperson Crump PLC, a Tennessee professional limited liability company; and Jonathan M. Wolf, PLLC, a Tennessee professional limited liability company,<br><br>          Creditors/Plaintiffs,<br>vs.<br><br>Sarah Elizabeth Mueller,<br><br>          Debtor/Defendant. | Adversary Case No.:<br><br>**COMPLAINT FOR NON-DISCHARGEABILITY UNDER 11 U.S.C. § 523(a)(6)** |

Plaintiffs Thomas Santoni, Bruce Kramer, Jonathan Wolf, Apperson Crump PLC, and Jonathan Wolf, PLLC ("Plaintiffs") allege:

**Parties, Jurisdiction, Venue**

1. Thomas Santoni is an individual person and a citizen of the State of Florida.

2. Bruce Kramer is an individual person and a citizen of the State of Tennessee.

3. Jonathan Wolf is an individual person and a citizen of the State of Tennessee.

4. Apperson Crump PLC is a professional limited liability company organized in the State of Tennessee. Each of its members is a citizen of the State of Tennessee.

5. Jonathan Wolf, PLLC is a professional limited liability company organized in the State of Tennessee. Its sole member is Jonathan Wolf, a citizen of the State of Tennessee.

6. Sarah Elizabeth Mueller is an individual person who is the Debtor in this chapter 7 case and, upon information and belief, is a citizen of the State of Arizona.

7. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523(a).

8. This is an adversary proceeding commenced under Fed. R. Bankr. P. Rule 7001(6) and a core proceeding under 28 U.S.C. § 157(b)(2)(I).

9. Venue is proper in this Court under 28 U.S.C. § 1409.

10. Plaintiffs consent to this Court's entry of final orders and judgments pursuant to Fed. R. Bankr. P. Rule 7008.

## Factual Background

11. Plaintiff Thomas Santoni is a well-respected business executive and former Chief Executive Officer of, and investor in, The State Group Industrial (USA) Limited (the "Company").

12. Upon information and belief, Defendant/Debtor Elizabeth Mueller is a political operative and former social media contractor who uses various social media accounts on platforms such as X (formerly Twitter), LinkedIn, Facebook, and Parler to sow discord and cyberbully and defame other social media users, including Plaintiff Thomas Santoni.

13. Over time, Debtor developed a disturbing obsession with Santoni and his family and engaged in stalking behavior. Debtor's behavior progressively became more

erratic and led to her engaging in a pattern of harassment, unauthorized access to computer systems and social media accounts, and defamation intended to harm Santoni.

14. Debtor's malicious activity directed at Santoni culminated in her contacting Santoni's friends, family, and the Company and intentionally making statements about Santoni that were false, misleading, inaccurate, and/or that cast Plaintiff in a false light in an effort to intentionally harm Santoni. Debtor's efforts to harm Santoni included directly emailing false, defamatory, and/or misleading statements about Santoni to the Company's private equity investors and affiliates. As a result of Debtor's malicious conduct intended to cause harm to Santoni, the Company terminated Santoni's employment.

15. Debtor's shocking pattern of behavior, and the damage it caused to Santoni, is described in detail in the *First Amended Verified Complaint* filed in the U.S. District Court for the Middle District of Tennessee, Case No. 3:20-cv-00975 (the "Tennessee Litigation"), which is attached as **Exhibit A** and incorporated herein by reference.

16. Santoni commenced the Tennessee Litigation on November 11, 2020. In the Tennessee Litigation, Santoni asserts claims against Debtor for: (1) Common Law and Statutory Tortious Interference With Contractual Relations; (2) Violation of the Tennessee Wiretapping and Electronic Surveillance Act; (3) Violation of Tennessee Personal and Commercial Computer Act of 2003; (4) Violation of the Stored Communications Act; (5) Intentional Infliction of Emotional Distress; (6) Violation of the Federal Wiretap Act; (7) Defamation: Libel; (8) Civil Conspiracy; and (9) Punitive Damages. Santoni seeks compensatory, special, punitive, and/or treble damages; injunctive relief; and other relief in the Tennessee Litigation.

17. The court in the Tennessee Litigation has entered five orders finding Debtor in contempt of court and awarding sanctions, including monetary sanctions, for discovery misconduct including spoliation of evidence (the "Sanctions Orders"). Those orders are attached as **Exhibits B through F** and incorporated herein by reference.

124963069.1
- 3 -
Case 2:24-ap-00118-DPC   Doc 1   Filed 05/31/24   Entered 05/31/24 14:26:07   Desc
Main Document    Page 3 of 7

18. Debtor filed a chapter 7 bankruptcy petition (the "Petition") in this Court on February 28, 2024. Debtor did not provide notice of the Petition to the court in the Tennessee Litigation.

19. Three of the Sanctions Orders were entered before Debtor filed her Petition (the "Pre-Petition Sanctions Orders"). (*See* **Exhibits B, C, and D**.) Two of the Sanctions Orders were entered after Debtor filed her Petition (the "Post-Petition Sanctions Orders") without knowledge of the Petition. (*See* **Exhibits E and F**.)

20. Plaintiffs Bruce Kramer and Jonathan Wolf are lawyers who represent Thomas Santoni in the Tennessee Litigation. Kramer and Wolf practice at the law firms Apperson Crump PLC and Jonathan Wolf, PLLC, respectively (collectively, the "Lawyer Plaintiffs").

21. During the course of their representation of Santoni in the Tennessee Litigation, Debtor began targeting the Lawyer Plaintiffs with statements that were false, misleading, inaccurate, and/or that cast the Lawyer Plaintiffs in a false light in an effort to intentionally harm them. Examples of such statements are identified in Exhibit 11 to the *First Amended Verified Complaint*, which is attached as **Exhibit A** to this Complaint. Since the *First Amended Verified Complaint* was filed, Debtor has made additional statements that were false, misleading, inaccurate, and/or that cast the Lawyer Plaintiffs in a false light, including that the Lawyer Plaintiffs physically dragged her and that they showed up at her mother's house.

22. Debtor's Petition identifies the Lawyer Plaintiffs as creditors with nonpriority unsecured claims but lists incorrect addresses for each of the Lawyer Plaintiffs. The Petition identifies Santoni as a creditor but does not include an address for Santoni.

23. Plaintiffs did not receive notice of the Petition until April 15, 2024, when they served a Notice of Deposition on Debtor, and Debtor responded that she had filed the Petition. Plaintiffs notified the court in the Tennessee Litigation of the Petition, and the Tennessee Litigation has been stayed. (*See* Notice of Pending Bankruptcy Petition,

*Santoni v. Mueller*, No. 3:20-cv-00975 (M.D. Tenn. Apr. 18, 2024), ECF No. 175; Order Administratively Closing Case, *Santoni v. Mueller*, No. 3:20-cv-00975 (M.D. Tenn. Apr. 30, 2024), ECF No. 176.)

## COUNT I—WILLFUL AND MALICIOUS INJURY
### Dischargeability Denial Under 11 U.S.C. § 523(a)(6)

24. Plaintiffs reallege and incorporate by reference the foregoing allegations.

25. Debtor, through the conduct described above and in the *First Amended Verified Complaint* attached as **Exhibit A**, has intentionally caused harm to Plaintiffs through her continuous cyberstalking, hacking, and statements that are false, misleading, inaccurate, and/or that case Plaintiffs in a false light.

26. The Sanctions Orders entered in the Tennessee Litigation contain monetary sanctions against Debtor that are the result of Debtor's discovery misconduct, including spoliation of evidence. Those monetary sanctions were awarded to compensate Santoni for the attorneys' fees and costs he incurred as a result of Debtor's pattern of willful and malicious misconduct in the Tennessee Litigation designed to harm Santoni.

27. Debtor, through the conduct described above, willfully and maliciously injured Plaintiffs.

28. Debtor's debt to Plaintiffs, which results from her willful and malicious injury to Plaintiffs, is non-dischargeable pursuant to 11 U.S.C. § 523(a)(6).

### Request for Relief

Plaintiffs request relief as follows:

A. Determine that Debtor's debt owed to Plaintiffs is nondischargeable under 11 U.S.C. § 523(a)(6).

B. Grant judgment to Plaintiffs against Debtor in an amount to be proven at trial, plus interest accrued on the amount to the date of payment, plus Plaintiffs' reasonable attorneys' fees and costs; and

C. Grant Plaintiffs such other and further relief as the Court deems just and proper.

1  DATED this 31st day of May, 2024.

2                                        LEWIS ROCA ROTHGERBER CHRISTIE LLP

3

4                                        By: */s/ Nicholas S. Bauman*
                                              Susan M. Freeman
5                                             Nicholas S. Bauman
                                         Attorneys for Creditors Thomas Santoni, Bruce
6                                        Kramer, Jonathan Wolf, Apperson Crump PLC,
                                         and Jonathan M. Wolf, PLLC
7

201 East Washington Street, Suite 1200
Phoenix, AZ  85004

LEWIS ROCA

## CERTIFICATE OF SERVICE

I, hereby certify that on this 31st day of May, 2024, I electronically transmitted the foregoing Complaint for Non-Dischargeability to the Clerk's office using the CM/ECF system for filing and transmitted of a Notice of Electronic Filing to the following registrants:

Sarah Elizabeth Mueller
801 E. McKellips Road, 24 D
Tempe, AZ 85288
*Debtor*

Alexander Daniel Sanchez, Esq.
Law Office of Alexander D. Sanchez
4186 W. 2200 S.
Ogden, UT 84401
alex@alexsanchezlaw.com
*Attorney for Debtor/Defendant*

Lothar Goernitz
P.O. Box 32961
Phoenix, AZ 85064-2961
*Chapter 7 Trustee*

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue, Ste. 204
Phoenix, AZ 85003
*U.S. Trustee*

/s/ Patty Medina
Employee of Lewis Roca Rothgerber Christie LLP